AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

UNITED STATES OF AMERICA
v.
ODILON AGUILAR NUNEZ

**COMMITMENT TO ANOTHER DISTRICT**

FILED MAY 10 2011 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | CR 11-00400 | 1:11-MJ-00091 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of 21, 18 U.S.C. § 846; 841(a)(1), (b)(1)(A)(viii); 2(a)

**DISTRICT OF OFFENSE** Central of California

**DESCRIPTION OF CHARGES:** Conspiracy to Distribute and Possess with Intent to Distribute Methamphedamine; Possession with Intent to Distribute; Aiding + Abetting

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☐ No  ☒ Yes  Language: Spanish

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/10/11
Date

SANDRA M. SNYDER, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |